## SMITH v. STATE.
### No. 20440.

Court of Criminal Appeals of Texas.
May 31, 1939.

Horace H. Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of an aggravated assault, and his penalty assessed at a fine of $30.

The record contains neither a statement of facts nor bills of exception, hence nothing is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.